THIS ORDER IS APPROVED.

Dated: October 8, 2015

_____
Scott H. Gan, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| THEODORE WEIS and CHERIE WEIS, | ) | Case No. 2:10-bk-3600-SHG |
| | ) | |
| | ) | **ORDER PERMITTING DISCHARGE** |
| | ) | **TO BE ENTERED FOR DEBTORS** |
| Debtors. | ) | **INDIVIDUALLY** |
| _____ | | |

On October 1, 2015, debtor Theodore Weis filed a Motion to Approve Discharge (DE 91) seeking entry of an individual discharge for Mr. Weis in the joint case. Mr. Weis states that he and co-debtor Cherie Weis are going through a divorce and that Ms. Weis refuses to sign the necessary documents to obtain a discharge.

Pursuant to 11 U.S.C. §302, a joint case is commenced by the filing of a single petition by an individual and such individual's spouse. However, the estates of the co-debtors are legally distinct unless consolidated by the Court. 11 U.S.C. §302(b); *see also In re McAllister*, 26 B.R. 164 (Bankr. D. Or. 1985). The Court did not enter an order consolidating the estates of the co-debtors in this case. Accordingly,

**IT IS HEREBY ORDERED** the clerk's office may enter a discharge individually for debtor Theodore Weis provided all requirements for discharge have been met.

**IT IS FURTHER ORDERED** that an individual discharge for debtor Cherie Weis may be entered provided all requirements for discharge have been met.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 |       Dated and signed above. |
| 4 | |
| | Notice to be sent through the |
| 5 | Bankruptcy Noticing Center "BNC" |
| | to the following: |
| 6 | |
| 7 | Theodore Weis |
| | 27905 N. 114th Way |
| 8 | Scottsdale, AZ 85262 |
| 9 | |
| | Cherie Weis |
| 10 | 27905 N. 114th Way |
| 11 | Scottsdale, AZ 85262 |
| 12 | |
| | Edward Maney |
| 13 | 101 N. First Ave., Suite 1775 |
| | Phoenix, AZ 85003 |
| 14 | |
| 15 | U.S. Trustee's Office |
| | 230 N. First Ave. #204 |
| 16 | Phoenix, AZ 85003 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |